No. 1267. VACA ET AL. *v.* SIPES, ADMINISTRATOR. Sup. Ct. Mo. Motions of Swift & Company, and American Federation of Labor and Congress of Industrial Organizations for leave to file briefs, as *amici curiae,* granted. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States. *David E. Feller* and *Jerry D. Anker* for petitioners. *Allan R. Browne* for respondent. *Robert L. Hecker* and *Earl G. Spiker* for Swift & Company, *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* for AFL–CIO, as *amici curiae,* in support of the petition.

No. 995. DELGADO *v.* PUERTO RICO. Sup. Ct. P. R. Certiorari denied. *Vicente Geigel Polanco* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, for respondent.

No. 996. HARLING *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Yolo. Certiorari denied. *Harry A. Ackley* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *John L. Giordano,* Deputy Attorney General, for respondent.

No. 1175. LOCAL No. 7, INTERNATIONAL UNION OF JOURNEYMEN HORSESHOERS OF THE UNITED STATES AND CANADA (AFL–CIO), ET AL. *v.* TAYLOR ET AL. C. A. 4th Cir. Certiorari denied. *Jacob J. Edelman, Marshall A. Levin* and *Bernard W. Rubenstein* for petitioners. *H. Raymond Cluster* for respondents.